UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIM ALAN GASS, f/n/a TIM ALAN WARNER,<br><br>                Plaintiff,<br><br>   v.<br><br>KELLY HENDRICKS, CATHI HARRIS, PATRICIA WILLIAMS, and LESLIE SZIEBERT,<br><br>                Defendants. | NO. C11-5732 RJB/KLS<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

Before the Court is Plaintiff's motion for reconsideration of the Court's Order (ECF No. 13) denying Plaintiff's motion for the appointment of counsel. ECF No. 16. Having carefully reviewed the motion, and balance of the record, the Court finds that the motion for reconsideration should be denied.

**DISCUSSION**

Motions for reconsideration are disfavored and will ordinarily be denied in the "absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to the court's attention earlier with reasonable diligence." Local Rule CR 7(h)(1).

Pursuant to CR 7(h)(2), a motion for reconsideration shall be filed within ten judicial days following the order to which it relates. The Order denying Plaintiff's motion for the appointment of counsel was entered on October 18, 2011. ECF No. 13. Plaintiff's motion for

ORDER                                                                                                                                                                                                          1

reconsideration was filed on November 30, 2011.  ECF No. 16.  Therefore, his motion for reconsideration is not timely and may be denied on that basis alone.

Plaintiff states that although he was involved in prior litigation, he merely signed what was prepared by other residents.  In addition, he claims that he is a special needs resident and had to rely on the help of a friend to start this case.  ECF No. 16.  Relying on the assistance of others because one lacks legal skills does not warrant the appointment of counsel.  The information before the Court indicates that Plaintiff has adequately articulated his claims.  Plaintiff has not provided this Court with any information that would indicate otherwise.  This Court previously told Plaintiff that if he needs additional time to prosecute this matter due to mental or physical constraints, he should provide the Court with documentation of his medical conditions so that the Court may make a determination as to any additional time and/or assistance that may be required in this case.

Plaintiff has identified no error in the Court's Order and has presented no new facts or legal authority.  Therefore, reconsideration is inappropriate.

Accordingly, it is **ORDERED:**

(1)   Plaintiff's motion for reconsideration (ECF No. 16) is **DENIED**.

(2)   The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this   6th   day of December , 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER                                                                                                                          2