UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIM ALAN GASS f/k/a TIM ALAN WARNER,<br><br>Plaintiff,<br><br>v.<br><br>KELDY HENDRICKS, CATHI HARRIS, PATRICIA WILLIAMS, and LESLIE SZIEBERT,<br><br>Defendants. | NO. C11-5732 RJB/KLS<br><br>**REPORT AND RECOMMENDATION**<br>**NOTED FOR: APRIL 13, 2012** |

Before the Court is an Agreed/Joint Motion to Dismiss Without Prejudice. ECF No. 20. The Court being fully advised and having examined the records and files herein, does hereby recommend that the Agreed/Joint Motion to Dismiss Without Prejudice (ECF No. 20) should be **GRANTED** and this matter **Dismissed Without Prejudice.**

## CONCLUSION

The parties have agreed to dismiss this action. The Court should enter an order of dismissal without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. See also Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the

time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on **April 13, 2012,** as noted in the caption.

DATED this  23rd  day of March, 2012.

Karen L. Strombom
United States Magistrate Judge