UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIM ALAN GASS f/k/a TIM ALAN WARNER,

               Plaintiff,

  v.

KELDY HENDRICKS, CATHI HARRIS, PATRICIA WILLIAMS, and LESLIE SZIEBERT,

               Defendants.

No. C11-5732 RJB/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation (Dkt. 21).

(2) The parties' Agreed/Joint Motion to Dismiss Without Prejudice (ECF No. 20) is **GRANTED.**

(3) This matter is **DISMISSED WITHOUT PREJUDICE.**

(4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 13th day of April, 2012.

                              ROBERT J. BRYAN
                              United States District Judge

ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER - 2