UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIM ALAN GASS f/k/a TIM ALAN
WARNER,

                              Plaintiff,

        v.

KELDY HENDRICKS, CATHI
HARRIS, PATRICIA WILLIAMS, and
LESLIE SZIEBERT,

                              Defendants.

No. C11-5732 RJB/KLS

**ORDER ADOPTING REPORT AND
RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen

L. Strombom, objections to the Report and Recommendation, if any, and the remaining record,

does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation (Dkt. 21).

(2)     The parties' Agreed/Joint Motion to Dismiss Without Prejudice (ECF No.
        20) is **GRANTED.**

(3)     This matter is **DISMISSED WITHOUT PREJUDICE.**

(4)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for
        any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 13th day of April, 2012.

ROBERT J. BRYAN
United States District Judge

ORDER - 1

ORDER  - 2